UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COLLINS BOLINGER,
    Plaintiff,

Case No. 1:17-cv-00905-PLM-RSK

v.

Hon. Paul L. Maloney

TRANS UNION, LLC, et al.,
    Defendants.
_____

## NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION, LLC

Plaintiff and Defendant, Trans Union, LLC, have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Trans Uion, LLC, with prejudice, no later than March 26, 2018.

    Respectfully submitted,

    /s/ Gary Nitzkin
    GARY D. NITZKIN (P41155)
    Credit Repair Lawyers of America
    Attorney for Plaintiff
    22142 West Nine Mile Road
    Southfield, MI 48033
    (248) 353-2882
    gary@crlam.com

February 19, 2018

## PROOF OF SERVICE

I, Amber Gingiloski, hereby state that on February 19, 2018, I served a copy of the within pleading upon all counsel of record via the ECF System.

    /s/ Amber Gingiloski