UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

COLLINS BOLINGER,

    Plaintiff,

v.

TRANS UNION, LLC, a Delaware limited liability company, and WELLS FARGO BANK, N.A., d/b/a WELLS FARGO CARD SERVICES, a foreign corporation,

    Defendants.

Case No: 1:17-cv-00905

Honorable Paul L. Maloney

---

## ORDER TO ARBITRATE AND DISMISSING CLAIMS AGAINST WELLS FARGO BANK, N.A. d/b/a WELLS FARGO CARD SERVICES

This matter having come before the court upon the unopposed motion of defendant Wells Fargo Bank, N.A., and the court being advised of its premises: **IT IS HEREBY ORDERED** that Plaintiff's claims shall be adjudicated through binding arbitration as agreed under the terms of the arbitration agreement contained in the credit agreement between the parties. **IT IS FURTHER ORDERED** that claims against Wells Fargo Bank in the above-captioned case are dismissed.

                                            /s/  Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge

Dated: March 5, 2018