# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COLLINS BOLINGER,<br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>TRANS UNION, LLC, a Delaware limited liability company; and WELLS FARGO BANK, N.A., d/b/a WELLS FARGO CARD SERVICES, a foreign corporation;<br>　　　　　Defendants. | CASE NO. 1:17-cv-00905-PLM-RSK<br><br>Judge Paul L. Maloney<br>Magistrate Judge Ray Kent |

## ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Collins Bolinger, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Collins Bolinger against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Collins Bolinger and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:  March 20, 2018

　　　　　　　　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　JUDGE, United States District Court,
　　　　　　　　　　　　　　　　　　　　　　　Western District of Michigan

DISTRIBUTION TO:

| Gary D. Nitzkin, Esq.<br>gnitzkin@creditor-law.com | Emily C. Palacios, Esq.<br>palacios@millercanfield.com |
|---|---|
| Laura K. Rang, Esq.<br>lrang@schuckitlaw.com | Scott E. Brady, Esq.<br>sbrady@schuckitlaw.com |